# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| HENRY J. BEARD a/k/a | ) | |
| JAMES R. WASHINGTON a/k/a | ) | |
| JAMES H. WASHINGTON-BEARD | ) | |
| and MAGGIE BEARD, | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | **CASE NO. 3:08-00407** |
|  | ) | **JUDGE KNOWLES** |
| vs. | ) | |
|  | ) | |
|  | ) | |
| UNITED STATES OF AMERICA and | ) | |
| HCA HEALTH SERVICES OF | ) | |
| TENNESSEE, INC. d/b/a | ) | |
| STONECREST MEDICAL CENTER, | ) | |
|  | ) | |
| Defendants. | ) | |
| _____ | ) | |
|  | ) | |
| HCA HEALTH SERVICES OF | ) | |
| TENNESSEE, INC. d/b/a | ) | |
| STONECREST MEDICAL CENTER, | ) | |
|  | ) | |
| Third-Party Plaintiff, | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | |
|  | ) | |
| ERIK B. MOTSENBOCKER, M.D. | ) | |
| and MICHAEL ANDERSON, M.D. | ) | |
|  | ) | |
| Third-Party Defendants. | ) | |

## ORDER

This matter is before the Court upon two Motions for Summary Judgment filed by: (1)

Defendant and Third-Party Plaintiff HCA Health Services of Tennessee, Inc., and (2) Third-

Party Defendants Erik Motsenbocker, M.D., and Michael Anderson, M.D. Docket Nos. 62, 66.

Plaintiff has filed a Response to the first Motion, the body of which states in full as follows:

> Come the Plaintiffs, and in response to Defendant/Third-Party
> Plaintiff HCA Health Services of Tennessee, Inc., d/b/a Stonecrest
> Medical Center's Motion for Summary Judgment, would state to
> the Court that, in their opinion, Defendant's Motion is well taken.

Docket No. 69.

For the foregoing reasons, Defendant/Third-Party Plaintiff HCA Health Services of

Tennessee, Inc.'s Motion for Summary Judgment (Docket No. 62) is GRANTED.

The Third-Party Defendants' Motion for Summary Judgment argues that, if the Court

grants HCA's Motion, they are entitled to a judgment as a matter of law as there would be no

basis for the Third-Party Defendants to remain in this action.  Docket No. 66.  The Court agrees,

and the Motion for Summary Judgment of Third-Party Defendants Erik B. Motsenbocker and

Michael Anderson is GRANTED.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge

2