HENRY BEARD, et al.              )
                                   )
v.                          ) Civil Action No. 3:08-0407
                                   ) Magistrate Judge Knowles
UNITED STATES OF AMERICA, et al. )

## O R D E R

A Case Management Conference in this action will be held on **Tuesday, October 26, 2010, at 10:00 a.m.** Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge